IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-222 NEB/TNL |
| | ) | Date: September 20, 2022 |
| Khadar Jigre Adan(3), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant, | ) | Time Commenced: 2:18 p.m. |
| | ) | Time Concluded: 2:21 p.m. |
| | | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
    X FPD(purposes of today's hearing)


Date Charges Filed: 9/13/2022        Offense: conspiracy to commit wire fraud

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is September 22, 2022 at 9:30 a.m. before U.S. Magistrate Judge David T. Schultz, CR 9E Mpls for:
    X Detention hrg        X Arraignment


Additional Information:

X Oral Rule5(f) Brady notice read on the record.

                                                          s/jam
                                                Signature of Courtroom Deputy