UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHADAR JIGRE ADAN,<br><br>Defendant. | Case No. 22-cr-222(3) (NEB/TNL)<br><br><br><br>**ORDER** |

Before the Court is Defendant Khadar Jigre Adan's Motion to Modify Conditions of Release, ECF No. 109, in the above-entitled matter. After a review of the files and records herein, and there being no objection from the Government or U.S. Probation and Pretrial Services, **IT IS HEREBY ORDERED** that:

1) Subject to the terms and conditions set forth herein, Defendant's Motion to Modify Conditions of Release is **GRANTED**.

2) Prior to July 17, 2023, Defendant shall have provided to U.S Probation and Pretrial Services a true and complete copy of Defendant's roundtrip airline ticket with a return flight scheduled to arrive back in Minnesota on or prior to August 11, 2023.

3) Defendant is allowed to leave the State of Minnesota on July 17, 2023, to travel to Turkey, Kenya and Ethiopia and return no later than August 11, 2023.

4) U.S. Probation and Pretrial Services will return Defendant's passport to him.

5) Defendant will return his passport to U.S. Probation and Pretrial Services no later than August 14, 2023.

6) Except as expressly modified herein, all previously imposed terms and conditions of Defendant's release shall remain in full force and effect.

Dated: July 12, 2023             *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge