# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:            22-cr-222 (3) (NEB/DTS) |
| | ) | Date:                November 5, 2025 |
| v. | ) | Courthouse:       Minneapolis |
| | ) | Courtroom:        13W |
| KHADAR JIGRE ADAN, | ) | Court Reporter:   Renee Rogge |
| | ) | Time Commenced: 2:00 p.m. |
| Defendant. | ) | Time Concluded:   2:20 p.m. |
| | ) | Time in Court:      20 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

For Plaintiff:     Harry Jacobs, Assistant U.S. Attorney
For Defendant:     William Mauzy and William Dooling, Retained Attorneys

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | PROBATION |
|---|---|---|
| 1 | X | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ $1,000.00 is due in restitution.
☒ Special assessment in the amount of $25.00 is due immediately.
☒ The Indictment as to this defendant which includes counts 1-3, 7 and 15  is dismissed on motion by the Government.
☒ Defendant is released on probation conditions.

Date: November 5, 2025

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel